68432. ATKINS v. THE STATE.
(335 SE2d 746)

BENHAM, Judge.
Pursuant to the direction given this court by the Supreme Court in *Atkins v. State*, 254 Ga. 641 (331 SE2d 597) (1985), the case is hereby remanded to the trial court for a hearing on the validity of the search. Upon completion of the proceedings on remand, the judgment may be subject to a right of appeal from the rulings made.

*Judgment affirmed and case remanded with direction. Banke, C. J., and Pope, J., concur.*

DECIDED SEPTEMBER 10, 1985.

*Wade M. Crumbley*, for appellant.
*E. Byron Smith*, District Attorney, *Donald J. Coffey*, Assistant District Attorney, for appellee.